170 So.2d 868

Mrs. Cecelia S. PONDER

v.

Mary Purser PECHON et al.

No. 47614.

Feb. 5, 1965.

In re: Cecelia S. Ponder applying for certiorari, or writ of review, to the Court of Appeal, First Circuit, Parish of Tangipahoa. 169 So.2d 671.

Application not considered. See Art. 7, Sec. 11, La.Const., LSA.—also Art. 2167 LSA–Code of Civil Procedure.

170 So.2d 868

Elsa Barbara ACKERMANN

v.

COLUMBIA CASUALTY COMPANY et al.

No. 47623.

Feb. 5, 1965.

In re: Everett Lowrance and Imperial Casualty and Indemnity Company applying for writ of prohibition, certiorari and review.

Writs refused. The showing made by relator does not warrant the exercise of our supervisory jurisdiction.